IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 05-cv-00344-LTB-MJW

THOMAS RENO,
    Plaintiff,
v.

UNITED STATES of AMERICA,
    Defendant.

_____

## ORDER
_____

Plaintiff Thomas Reno, represented by his attorney Anthony L. Martinez, appeared in Court today to oppose the Notice of Substitution filed by the United States of America, represented today by Assistant U.S. Attorney William G. Pharo.

After consideration of the briefs and hearing additional argument, the United States' Notice of Substitution is GRANTED, for the reasons stated in Court today.

The caption is amended accordingly, and the claims against Eric R. Gentile are DISMISSED.

**DONE and ORDERED,** this 17 day of August, 2005 at Denver, Colorado.

                                                s/Lewis T. Babcock
                                              United States District Chief Judge