# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
**Lewis T. Babcock, Chief Judge**

Civil Action No. 05-cv-00344-LTB-MJW

THOMAS RENO,
         Plaintiff,

vs.

UNITED STATES OF AMERICA,
         Defendant.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 13 - filed September 2, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

         BY THE COURT:

         s/Lewis T. Babcock
         Lewis T. Babcock, Chief Judge

DATED: September   19  , 2005